IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI

UNITED STATES OF AMERICA

        Plaintiff,

-vs-                                    Criminal Action No.
                                        19-00157-06, 10-CR-W-DGK

RYAN C. WILLIAMS and
AARON M. GROVES,

        Defendants.

## MEMORANDUM OF MATTERS DISCUSSED AND ACTION TAKEN AT PRETRIAL CONFERENCE

The following matters were discussed and action taken during the pretrial conference:

**PENDING CHARGE**:

| | | |
|---|---|---|
| | Count One | Conspiracy to Distribute Methamphetamine, in violation of 21 U.S.C. §§ 841(a)(1), (b)(1)(A) and 846 - *Both Defendants* |
| | Count Two | Possession with the Intent to Distribute Methamphetamine, in violation of 21 U.S.C. §§ 841(a)(1) and (b)(1)(B) – *Defendant Williams* |
| | Count Three | Possession of Firearms and Drug Trafficking, in violation of 18 U.S.C. §§ 924(c)(1)(A)(i) – *Defendant Williams* |
| | Count Five | Possession with the Intent to Distribute Methamphetamine, in violation of 21 U.S.C. §§ 841(a)(1) and (b)(1)(A) – *Defendant Groves* |
| | Forfeiture | *Both Defendants* |

**TRIAL COUNSEL**:
    Government:    Joseph Marquez
    Case Agent:    DEA Task Force Officer Wendi Winans
    Defendant Williams:  Angela Hasty
    Defendant Groves:  Sarah Hess

**OUTSTANDING MOTIONS**:   None

**ANTICIPATED MOTIONS**:   None

**TRIAL WITNESSES**:
    Government:        13-14 with stipulations; 15 without stipulations
    Defendant Williams:  no additional witnesses; Defendant will not testify
    Defendant Groves:    no additional witnesses; Defendant will not testify

**TRIAL EXHIBITS**:
    Government:       10-15 exhibits
    Defendant Williams:  no exhibits
    Defendant Groves:    no exhibits

**DEFENSES**:
Defendant Williams:
    ( x )    defense of general denial
    (　)    defenses of general denial and _____
Defendant Groves:
    ( x )    defense of general denial
    (　)    defenses of general denial and _____

**POSSIBLE DISPOSITION**:
    (　) Definitely for trial                 (　) Possibly for trial
    (　) Motion to continue to be filed     ( x ) Likely a plea will be worked out

**TRIAL TIME**: **2 ½ - 3 days**
    Government's case including jury selection: 2 ½ days
    Defense case:   no additional time

**STIPULATIONS**:
Defendant Williams:
    (　)    not likely
    (　)    not appropriate
    ( x )    likely as to:
            (　)    chain of custody
            (　)    chemist's reports
            ( x )    prior felony conviction
            (　)    interstate nexus of firearm
            (　)    other: _____
Defendant Groves:
    (　)    not likely
    (　)    not appropriate
    ( x )    likely as to:
            ( x )    chain of custody
            (　)    chemist's reports
            (　)    prior felony conviction
            (　)    interstate nexus of firearm
            (　)    other: _____

**UNUSUAL QUESTIONS OF LAW**:   None

**FILING DEADLINES:**

    **Witness and Exhibit Lists**:
    Government:  March 7, 2022
    Defense:       March 7, 2022
    **Counsel are requested to list witnesses in alphabetical order on their witness list.**

**Exhibit Index, Voir Dire, Jury Instructions**:   March 7, 2022
**Jury instructions must comply with Local Rule 51.1**

**Motions in Limine**:   March 7, 2022

**TRIAL SETTING**: Criminal jury trial docket commencing March 21, 2022
   **Please note**:   *Government counsel is unavailable on Monday, March 21, 2022. Counsel for Defendant Williams has another case set on the March docket, <u>USA v. Dameon Williams</u>, 19-00035-CR-W-HFS. Counsel for Defendant Groves' office also has another case on the March docket, <u>USA v. Trevontae Stewart</u>, 20-00254-CR-W-GAF.*

**OTHER**:
   (   )   A _____-speaking interpreter is required.
   (   )   Other assistive devices: _____

**IT IS SO ORDERED.**

   /s/ Jill A. Morris
   JILL A. MORRIS
   United States Magistrate Judge